UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN PIMENTAL *formerly known as* CAROLYN IGOE,<br>             Plaintiff,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION *formerly known as* FIRST UNION MORTGAGE CORPORATION<br>             Defendant. | CIVIL ACTION NO.:<br>1:05-cv-11097 (WGY) |

## MOTION TO DISMISS

Defendant Wachovia Mortgage Corporation ("Wachovia") moves, pursuant to *Fed. R. Civ. P.* 12 (b) (6), to dismiss the *First Amended Complaint And Jury Claim* (the "*Amended Complaint*") for failure to state a claim upon which relief can be granted.

Plaintiff asserts Wachovia: (1) breached its contract with plaintiff; (2) was negligent; and (3) violated *Mass. Gen. Laws*, ch. 93A, in connection with a certain site/building inspection undertaken in furtherance of a construction mortgage given by plaintiff to Wachovia. Specifically, she asserts that, in essence, Wachovia advanced more of the loans proceeds than the progress or the quality of the construction dictated were prudent.

Wachovia respectfully contends the *Amended Complaint* fails to state a claim upon which relief can be granted because, on the face of the *Amended Complaint*, it is clear Wachovia's actions do not give rise to a breach and, further, because Wachovia does not owe a duty to plaintiff. In addition, plaintiff's contract with Wachovia specifically acknowledged the non-viability of the precise claims now at issue. Finally, inasmuch as plaintiff's Chapter 93A claim is

premised on her breach of contract and negligence allegations, the Chapter 93A claim must, for the foregoing reasons, similarly be dismissed.

In further support of its claims, Wachovia respectfully incorporates its accompanying memorandum of law.

THE DEFENDANT
WACHOVIA MORTGAGE
CORPORATION

June 7, 2005

By /s/ Donald E. Frechette
Donald E. Frechette
B.B.O. #547293

Nicholas J. Rosenberg
B.B.O #657887

EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
(617) 439-4444 Telephone
(617) 439-4170 Telecopy

### REQUEST FOR ORAL ARGUMENT

Pursuant to *Local Rule* 7.1, Wachovia requests oral argument on its motion.

/s/ Nicholas J. Rosenberg

### CERTIFICATION PURSUANT TO *LOCAL RULE 7.1*

Pursuant to *Local Rule* 7.1 of the *Local Rules of the United States District Court for the District of Massachusetts*, I, Nicholas J. Rosenberg, certify that on June 3, 2005, Donald E. Frechette of Edwards & Angell, LLP spoke with opposing counsel and informed him of the substance of the within motion, and the likelihood that this motion would be filed. The parties respectfully disagreed with respect to the merits of this motion and were thus unable to further resolve or narrow the issues herein presented.

/s/ Nicholas J. Rosenberg

## CERTIFICATION

This is to certify that on this 7th day of June, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

John H. Malloy, Esq.
385 Broadway, Suite 402
Revere, MA 02151
(781) 284-9934 (phone)
(781) 284-5301 (fax)

_____
Nicholas J. Rosenberg