UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN PIMENTAL *formerly known as* CAROLYN IGOE,<br><br>Plaintiff,<br><br>-v-<br><br>WACHOVIA MORTGAGE CORPORATION, *formerly known as* FIRST UNION MORTGAGE CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:05CV-11097 (WGY) |

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME IN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Carolyn Pimental, formerly known as Carolyn Igoe, by her attorney, respectfully requests that this Honorable Court allow her to extend the time in which to file an *Opposition* and supporting pleadings and documentation to defendant's *Motion to Dismiss* from July 21, 2005 through and including August 3, 2005.

CAROLYN PIMENTAL *f/k/a*
CAROLYN IGOE, Plaintiff,
By her Attorney,


John H. Molloy       BBO #600778
385 Broadway - Suite 402
Revere, Massachusetts 02151
(781) 284-9934
(781) 284-5301-FAX

*Assented-to:*

WACHOVIA MORTGAGE CORPORATION,
Defendant,
By its Attorneys,

**EDWARDS & ANGELL, LLP**


By:_____
   Donald E. Frechette
   B.B.O. #547293


_____
   Nicholas J. Rosenberg
   B.B.O. #657887

101 Federal Street
Boston, Massachusetts 02110-1800
(617) 439-4444
(617) 439-4170-FAX

### CERTIFICATE OF SERVICE

I, John H. Molloy, certify that I have this 21st day of July 2005 served a copy of
the foregoing *Assented-to Motion to Extend Time in Which to File Opposition to
Defendant's Motion to Dismiss* upon defendant by causing same to be mailed, postage
prepaid, to its counsel-of-record:

   Donald E. Frechette, Esquire
   Nicholas J. Rosenberg, Esquire
   Edwards & Angell, LLP
   101 Federal Street
   Boston, Massachusetts 02110-1800


_____
John H. Molloy

-2-