UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN PIMENTAL,<br>*formerly known as* CAROLYN IGOE<br><br>Plaintiff,<br><br>-v-<br><br>WACHOVIA MORTGAGE CORPORATION<br>*formerly known as* FIRST UNION MORTGAGE<br>CORPORATION<br><br>Defendant | CIVIL ACTION NO.:<br>1:05-CV-11097 (WGY) |

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION TO DISMISS

Plaintiff Carolyn Pimental *formerly known as* Carolyn Igoe (hereinafter, "Pimental") files this *Opposition* to Defendant's Motion To Dismiss. Plaintiff refers this Honorable Court to, and hereby relies thereon, the arguments and authorities set forth in the attached Memorandum and the Affidavit of Plaintiff Carolyn Pimental.

Wherefore, Plaintiff Carolyn Pimental respectfull requests that this Honorable Court deny the defendant's Motion To Dismiss based upon the aforementioned facts and in the interests of justice and order Defendant to pay Plaintiff Carolyn Pimental reasonable costs and attorney's fees incurred in connection with the defense of the motion at bar and for such other and further relief as this Court deems just and reasonable.

FOR THE PLAINTIFF,
CAROLYN PIMENTAL

By her attorney:

*/s/ John H. Molloy*
John H. Molloy
BBO #: 600778
385 Broadway, Suite 402
Revere, MA  02151
Telephone:  781.284-9934
Facsimile:   781.284-5301