# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Nicholas J. Rosenberg
617.951.3314
*fax* 888.325.9497
nrosenberg@EdwardsAngell.com

August 11, 2005

Ms. Marie Bell, Clerk
United States District Court
1 Courthouse Way
Boston, MA  02210

> Re:   Carolyn Pimental f/k/a Carolyn Igoe v. Wachovia Mortgage Corp. f/k/a First Union Mortgage Corp., Civil Action No. 05-11097 WGY

Dear Ms. Bell:

The Defendant, Wachovia Mortgage Corporation, hereby respectfully withdraws its request for oral argument on its Motion to Dismiss, previously made pursuant to Local Rule 7.1.  Based on the briefing now before the Court, including the Defendant's Reply Memorandum filed today with leave of the Court, the Defendant believes that oral argument is unnecessary.

Thank you for your assistance with this matter.

Sincerely,

Nicholas J. Rosenberg

NJR:aa

Enclosure

cc:   John H. Molloy, Esq.
      Donald E. Frechette, Esq.

BOS_499897_1/NROSENBERG