# JOHN H. MOLLOY
## ATTORNEY AT LAW

Robert B. Burns, Esquire
Sean F. Donahue, Esquire
Sergio P. Vespa, Esquire (of counsel)

*Please direct all correspondence to the Medford Office

385 Broadway, Suite 402
Revere, Massachusetts 02151
Telephone: 781-284-9934
Facsimile: 781-284-5301

3353 Washington Street
Jamaica Plain, Massachusetts 02130
Telephone: 617-522-9701
Facsimile: 617-522-9703

379 Salem Street
Medford, Massachusetts 02155
Telephone: 781-395-3569
Facsimile: 781-395-4165

September 13, 2005

**VIA FAX (617-748-9096) AND U.S. MAIL**

Clerk's Office for Civil Business
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Attn:  Marie Bell, Clerk

    Re: **Carolyn Pimental,** *formerly known as* **Carolyn Igoe**
          -v-
          **Wachovia Mortgage Corporation,** *formerly known as*
          **First Union Mortgage Corporation**
          <u>**Civil Action No.:  1:05CV-11097 (WGY)**</u>

Dear Ms. Bell:

    This will confirm your telephone conference with my office this morning that the request for oral argument by counsel for the parties in the above matter has been withdrawn; and further that counsel does not have to appear before the Court (Young, J.) on the afternoon of September 14, 2005 at which time oral argument had been scheduled.

    Your time and attention to this matter is greatly appreciated.

                            Very truly yours,

                            John H. Molloy

JHM:mal
*Copy to:* Nicholas J. Rosenberg, Esquire *(VIA FAX - 888-325-9497)*